UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Manuel Dorego,**
    Plaintiff,

vs.                                                                                                09-571 S

**Focus Receivables Management, LLC,**
**Corrie Morin, and**
**Andrea Gonzales,**
    Defendants.

_____

## Dismissal Stipulation

The undersigned, being counsel for Plaintiff and the all the parties who have answered or otherwise defended in this matter, by agreement stipulate that this matter shall be dismissed as to all parties with prejudice, no cost and no interest.

    The Plaintiff,
    By Counsel,

    /s/ John T. Longo, Esq.
    _____
    John T. Longo, Esq.
    RI Bar #4928, MA BBO#632387
    681 Smith Street, Suite 201
    Providence, RI  02908
    (401) 272-2177
    Fax (401) 537-9185
    jtlongo@citadelpc.com

    The Defendants,
    By Counsel,

    /s/ Steven M. Richard, Esq.
    _____
    Steven M. Richard, Esq./#4403
    Nixon Peabody, LLP
    One Citizens Plaza-Suite 500
    Providence, RI  02903

        Tel. (401) 454-1000
        Fax. (401) 454-1030
        Email: srichard@nixonpeabody.com

        Dated:  December 30, 2010

## Certificate of Service

I certify that on __12/30/10____ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Steven M. Richard, Esq.
Nixon Peabody, LLP
One Citizens Plaza-Suite 500
Providence, RI  02903

Phone: (401) 454-1000
Fax:     (401) 454-1030

        /s/ John T. Longo
        _____
        John T. Longo, Esq./#4928

My File #: FD **3002**